UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMY ENG LENG dba CHRISTY'S DONUT, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 1:14-cv-01027---SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Natividad Gutierrez ("Plaintiff"), and Defendant, Amy Eng Leng dba Christy's Donut ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: November 12, 2014          MOORE LAW FIRM, P.C.

          /s/ Tanya E. Moore
          Tanya E. Moore
          Attorneys for Plaintiff,
          Natividad Gutierrez

          CASWELL BELL & HILLISON LLP

          /s/ Kimberly L. Mayhew
          Kimberly L. Mayhew
          Attorneys for Defendant,
          Amy Eng Leng dba Christy's Donut

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that a response thereto shall be filed by Defendant Amy Eng Leng dba Christy's Donut within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **November 19, 2014**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE