1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:14-cv-01027---SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT AMY ENG LENG DBA CHRISTY'S DONUT <u>ONLY</u>; ORDER** |
| vs. | |
| AMY ENG LENG dba CHRISTY'S DONUT, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIM. | |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendant/Cross-Claimant Amy Eng Leng dba Christy's Donut ("Leng"), the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Leng** be dismissed with prejudice from the above-captioned action as to Plaintiff's claims. Leng's cross-claim against Leslie A. Keeling is not dismissed, nor are Plaintiff's claims against Leslie A. Keeling.

Date: December 5, 2014                         MOORE LAW FIRM, P.C.

                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorneys for Plaintiff,
                                               Natividad Gutierrez

                                               CASWELL BELL & HILLISON LLP

                                               */s/ Kimberly L. Mayhew*
                                               Kimberly L. Mayhew
                                               Attorneys for Defendant/Cross-Claimant,
                                               Amy Eng Leng dba Christy's Donut

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Amy Eng Leng dba Christy's Donut** be dismissed with prejudice from this action as to Plaintiff's claims.

IT IS SO ORDERED.

Dated:  **December 5, 2014**                **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE